**Original filed 11/14/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RAYMOND KENNEDY, SR., | ) ) ) | No. C 06-5822 JF (PR) |
| Petitioner, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| D.K. SISTO, et al., | ) ) | |
| Respondents. | ) ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the California Board of Prison Terms' decision finding him unsuitable for parole. Petitioner is currently incarcerated at California State Prison - Solano, which is located in Solano County and within the venue of the Eastern District of California. Venue in a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a parole denial claim. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

\\\

Order of Transfer
P:\pro-se\sj.jf\hc.06\Kennedy822trans           1

1 Accordingly, this case is TRANSFERRED to the United States District Court for the
2 Eastern District of California, the location of Petitioner's confinement.  <u>See</u> 28 U.S.C.
3 § 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall transfer the entire file to the
4 Eastern District of California.
5     IT IS SO ORDERED.
6 DATED: __11/14/06_____

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\hc.06\Kennedy822trans      2

1  A copy of this ruling was mailed to the following:

2

3  Michael Raymond Kennedy, Sr.
   D-26471
   Solano State Prison
4  P.O. Box 4000
   Vacaville, CA  95696-4000

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28